DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
DAVID A. DELBON, State Bar #133927
JEREMY M. GOLDMAN, State Bar #218888
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:      (415) 554-3837
E-Mail:          margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
PHILIP GINSBURG, DANA KETCHAM
and DIANE REA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL SCHON, MICHAELE SCHON, and N & M PRODUCTIONS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PHILIP GINSBURG in his individual and official capacity, DANA KETCHAM in her individual capacity, and DIANE REA in her individual capacity,<br><br>Defendants. | Case No. 3:15-cv-00581-LB<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER RELATED DATES; ORDER CONTINUING DATES**<br><br>Hearing Date:   May 14, 2015<br>Time:              11:00 a.m.<br>Place:             Ctrm C, 15th Fl.<br><br>Trial Date:       None set |

The parties to this matter jointly request that the Court move the Case Management Conference approximately 45 days from May 14, 2015 to June 26, 2015.  The parties have agreed to a private mediation scheduled for May 19, 2015, with former Magistrate Judge Edward Infante.  The parties also agree to continue the date for defendants to respond to the complaint to June 2, 2015.

The parties believe that moving the case management conference, thereby moving the date for meeting and conferring regarding Rule 26 and making initial disclosures, will facilitate a possible settlement of this matter by reducing the resources needed to litigate the case prior to mediation. It will also conserve judicial resources.

All parties have been served, and have filed their consents to the jurisdiction of Judge Beeler for all purposes.

SO STIPULATED.

Dated:  March 12, 2015

>	DENNIS J. HERRERA
>	City Attorney
>	CHERYL ADAMS
>	Chief Trial Deputy
>	MARGARET W. BAUMGARTNER
>	JEREMY M. GOLDMAN
>	DAVID A. DELBON
>	Deputy City Attorneys
>
>	By: /s/ Margaret W. Baumgartner
>	MARGARET W. BAUMGARTNER
>
>	Attorneys for Defendants
>	CITY AND COUNTY OF SAN FRANCISCO,
>	PHILIP GINSBURG, DANA KETCHAM
>	AND DIANE REA

Dated:  March 12, 2015

>	QUADRA & COLL, LLP
>
>	By:** /s/ Rebecca M. Coll
>	REBECCA M. COLL
>
>	Attorneys for Plaintiffs
>	NEAL SCHON, MICHAELE SCHON, and
>	N & M PRODUCTIONS, INC.
>	**Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.

Stip to Continue CMC, etc.
Case No. **3:15-cv-00581-LB**

2

n:\govlit\li2015\150142\00999087.doc

# [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES

Pursuant to stipulation, and for good cause shown, the Court hereby moves the Initial Case Management Conference from May 19, 2015 to June ~~26,~~ June 25, 2015 2015 at 11:00 a.m.. Furthermore, the associated and other due dates are changed as follows:

Date for Defendants to respond to complaint: June 2, 2015

Date by which to meet and confer re Rule 26: June 12, 2015

Date by which to provide initial disclosures: June 19, 2015

Joint Case Management Conference Statement Due: ~~June 19, 2015~~ June 18, 2015.

The parties are excused from the requirements of ADR Local Rule 3-5 until otherwise ordered by the Court because they have agreed to a private mediation to occur on May 19, 2015.

SO ORDERED.

Dated: March 13, 2015

_____
MAGISTRATE JUDGE LAUREL BEELER