1  JAMES A. QUADRA, State Bar No. 131084
   jquadra@quadracoll.com
2  REBECCA M. COLL, State Bar No. 184468
   rcoll@quadracoll.com
3  QUADRA & COLL, LLP
4  649 Mission Street, 5th Floor
   San Francisco, California 94105
5  Telephone: (415) 426-3502
6  Facsimile:  (415) 795-4530

7  *Attorneys for Plaintiffs*

8  DENNIS J. HERRERA, State Bar No. 139669
9  City Attorney
   CHERYL ADAMS, State Bar No. 164194
10 Chief Trial Deputy
   MARGARET W. BAUMGARTNER, State Bar No. 151762
11 DAVID A. DELBON, State Bar No. 133927
12 JEREMY M. GOLDMAN, State Bar No. 218888
   Deputy City Attorneys
13 Fox Plaza
14 1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
15 Telephone: (415) 554-3859
   Facsimile:  (415) 554-3837
16 E-Mail: margaret.baumgartner@sfgov.org

17 *Attorneys for Defendants*

18

19             UNITED STATES DISTRICT COURT FOR THE
                 NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| 21  NEAL SCHON, MICHAELE SCHON, and N & M PRODUCTIONS, INC., | Case Number:   C 15-00581 LB |
| 22      Plaintiffs, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| 23      vs. | |
| 24  CITY AND COUNTY OF SAN FRANCISCO, PHILIP GINSBURG in his individual and official capacity, DANA KETCHAM in her individual capacity, and DIANE REA in her individual capacity, | |
| 25 | |
| 26 | |
| 27 | |
| 28      Defendants. | |

1 Whereas, Plaintiffs Neal and Michaele Schon, and N & M Productions, Inc., fka Schon Productions filed this action against Defendants City and County of San Francisco ("City"), Philip Ginsburg in his individual and official capacity, Dana Ketcham in her individual capacity, and Diane Rea in her individual capacity on February 6, 2014, and

Whereas, the parties have now settled this matter and payment on such settlement has been made,

NOW THEREFORE it is hereby stipulated by and between all parties (Plaintiffs Neal and Michaele Schon, and N & M Productions, Inc., fka Schon Productions on the one hand, and Defendants City, Philip Ginsburg in his individual and official capacity, Dana Ketcham in her individual capacity, and Diane Rea in her individual capacity on the other hand) that the above-captioned action should be dismissed with prejudice.  The parties further stipulate that, as set forth in the settlement agreement between them, the parties shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: January 19, 2016                                QUADRA & COLL, LLP
                                                       JAMES A. QUADRA
                                                       REBECCA M. COLL


                                              By:       /s/ *Rebecca Coll*
                                                       REBECCA M. COLL, State Bar No. 184468

                                                       *Attorneys for Plaintiffs*

Dated: January 19, 2016

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MARGARET W. BAUMGARTNER
JEREMY M. GOLDMAN
DAVID A. DELBON
Deputy City Attorneys


By: */s/ Margaret W. Baumgartner*
MARGARET W. BAUMGARTNER

*Attorneys for Defendants*

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice against all defendants.
2. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 20, 2016

MAGISTRATE JUDGE LAUREL BEELER